SLIP OPINION

Cite as 2014 Ark. App. 371

# ARKANSAS COURT OF APPEALS

DIVISION I
No. CR–13–537

| | | |
|---|---|---|
| | | **Opinion Delivered** June 18, 2014 |
| KHALIN COLLINS | APPELLANT | APPEAL FROM THE COLUMBIA COUNTY CIRCUIT COURT [NO. CR–2010-191-5] |
| V. | | |
| | | HONORABLE LARRY CHANDLER, JUDGE |
| STATE OF ARKANSAS | APPELLEE | REBRIEFING ORDERED |

## ROBERT J. GLADWIN, Chief Judge

Khalin Collins was convicted of three counts of arson and one count each of commercial burglary and theft of property over $2500. On appeal, Collins challenges the sufficiency of evidence corroborating the accomplice testimony as to all charges. However, we do not address the issues raised because rebriefing is necessary.

Arkansas Supreme Court Rule 4-2 (2013) sets forth the requirements for the contents of appellate briefs. Rule 4-2(a)(8)(A)(i) requires that the addendum of the appellate brief contain the jury's verdict forms. Collins's addendum lacks these forms. Further, Rule 4-2(a)(5)(B) requires that no more than one page of a transcript shall be abstracted without giving a record page reference. Collins's abstract violates this rule in several instances, and gives no explanation or summary of the proceedings before testimony of the first witness is abstracted. Rule 4-2(a)(8)(A)(i) also requires that all versions of the order being appealed

from must be included in the addendum. Collins's addendum contains only one page of the March 21, 2013 amended sentencing order.

Therefore, because Collins's abstract and addendum are inadequate, we order Collins to file within fifteen days of this opinion a substituted abstract, brief, and addendum that complies with our rules. *See* Ark. Sup. Ct. R. 4-2(b)(3). We remind counsel that the examples we have noted are not to be taken as an exhaustive list of deficiencies and ask that counsel carefully review the rules to ensure that no other deficiencies exist.

Rebriefing ordered.

VAUGHT and BROWN, JJ., agree.

*James B. Bennett*, for appellant.

*Dustin McDaniel*, Att'y Gen., by: *Christian Harris*, Ass't Att'y Gen., for appellee.